UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MAHER DAKLALLA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 2:13-cv-00234-JVB-PRC |
| | ) |
| THE METHODIST HOSPITALS, INC. | ) |
| and JOSEPH MOSER, | ) |
| | ) |
| Defendant. | ) |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW the Defendant, The Methodist Hospitals, Inc. by counsel, Barbra A. Stooksbury, on behalf of Hodges & Davis, P.C., and states there are no publicly held companies or investment funds that hold a 10% or more ownership in Defendant.

Respectfully submitted,

/s/Barbra A. Stooksbury
Barbra A. Stooksbury, #23164-45
HODGES & DAVIS, P.C.
8700 Broadway
Merrillville, IN 46410
bstooksbury@hodgesdavis.com
*Attorney for Defendant, The Methodist Hospitals, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of November 2013, service of a true and complete copy of the foregoing pleading was made upon the following parties via the Court's CM/ECF filing system:

Donald P. Levinson
Levinson & Levinson
122 W. 79th Avenue
Merrillville, IN 46410
P: (219) 769-1164
F: (219) 769-0337

/s/Barbra A. Stooksbury