UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MAHER DAKLALLA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No. 2:13-cv-00234-JVB-PRC |
| THE METHODIST HOSPITALS, INC. and JOSEPH MOSER, | ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION TO DISMISS

Pursuant to Indiana T.R. 41(A)(1)(b), the parties stipulate and agree to the dismissal of the Plaintiff's Complaint with prejudice against The Methodist Hospitals, Inc., and Joseph Moser.

Respectfully submitted,

_____
Barbra A. Stooksbury, #23164-45
HODGES & DAVIS, P.C.
8700 Broadway
Merrillville, IN 46410
(219) 641-8700
*Attorney for Defendants, The Methodist Hospitals, Inc., and Joseph Moser*

_____
Donald P. Levinson, Esq.
LEVINSON & LEVINSON
122 W. 79th Street
Merrillville, IN 46410
*Attorney for Plaintiff, Maher Daklalla*

_____
Joseph Moser
c/o The Methodist Hospitals, Inc.
600 Grant Street
Gary, IN 46402